IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. NEDLEY,<br>        Petitioner,<br>vs.<br>M. S. EVANS, Warden,<br>        Respondent. | No. C 03-5237 JSW (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>(Docket nos. 23, 24) |

    Petitioner David Nedley filed a pro se petition for a writ of habeas corpus challenging the constitutionality of his state conviction under 28 U.S.C. § 2254. Following briefing, this Court denied Petitioner's application for a writ of habeas corpus on the merits in an order dated March 20, 2007 (docket no. 19). Petitioner has filed a notice of appeal (docket no. 23) and a motion for a certificate of appealability (docket no. 24).

    Upon the filing of a notice of appeal and a request for a COA, the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997). (citing 28 U.S.C. § 2253(c)(3)). A judge shall grant a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

    With regard to the issues before the Court, Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right " *Id.* at 484. Accordingly, the request for a certificate of appealability is DENIED (docket no. 24).

1 | The Clerk of Court shall forward this order, along with the case file, to the
2 | United States Court of Appeals for the Ninth Circuit. Petitioner may also seek a
3 | certificate of appealability from that court. *See Asrar,* 116 F.3d at 1270.
4 | IT IS SO ORDERED.
5 | DATED: June 21, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDLEY et al, | Case Number: CV03-05237 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| RUNNELS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher William Grove
Attorney at Law
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

David B. Nedley T-55465
P.O. Box 1050
A3-130
Soledad, CA 93960

Dated: June 21, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk